

| | | | | |
|---|---|---|---|---|
| A.Y.S., In re Adoption of ........ | 19A04–1606–AD–1439 | 12/14/2016 | VAIDIK, C.J.<br>BRADFORD, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Strong v. State ................. | 45A03–1512–CR–2315 | 12/15/2016 | CRONE, J.<br>KIRSCH, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Adams v. State ................. | 02A03–1512–CR–2149 | 12/15/2016 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Crume v. State ................. | 46A04–1510–CR–1805 | 12/15/2016 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Stokes v. State ................. | 49A04–1604–CR–852 | 12/15/2016 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| M.S. v. Indiana Dept. of Child Services ..................... | 06A01–1606–JT–1260 | 12/15/2016 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |